```
 1  DOWNEY BRAND LLP
    KATHARINE E. WAGNER (Bar No. 119429)
 2  MICHAEL N. MILLS (Bar No. 191762)
    555 Capitol Mall, Tenth Floor
 3  Sacramento, CA  95814-4686
    Telephone: (916) 444-1000
 4  Facsimile: (916) 444-2100

 5  Attorneys for Trustee
    MARK A. ADAMS, Court-Appointed Trustee of the
 6  LINCOLN CENTER ENVIRONMENTAL
    REMEDIATION TRUST
```

**FILED**

NOV 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN PROPERTIES, LTD., a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN HIGGINS, individually and doing business as LINCOLN VILLAGE CLEANERS and MODERN CLEANERS, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CIV-S-91 760 DFL GGH<br><br>[PROPOSED] ORDER GRANTING TRUSTEE'S APPLICATION FOR APPROVAL OF PHASE IV INTERIM REMEDIAL ACTION WORK PLAN AND MODIFYING THE FIRST FINAL CONSENT DECREE, FINAL ORDER, FINAL JUDGMENT AND ORDER TERMINATING PERMANENT INJUNCTION |

## ORDER

The Court, having reviewed and considered the Application of MARK A. ADAMS, in his capacity as the Court-Appointed Trustee of the Lincoln Center Environmental Remediation Trust (the "Trust"), for an Order approving of the Phase IV Interim Remedial Action ("Phase IV IRA") Work Plan, modifying the Amended First Final Consent Decree, Final Order, Final Judgment and Order Terminating Permanent Injunction, filed May 6, 2001 (the "Amended First Final Consent Decree"), hereby grants the Trustee's Application.

Pursuant to Section IX.B.4 of the Amended First Final Consent Decree, the Phase IV

1  IRA Work Plan, which is attached to the Trustee's Application as Exhibit "A," and the
2  Supplement to the Phase IV IRA Work Plan, which is attached to the Trustee's Application as
3  Exhibit "E," is hereby approved, and the Amended First Final Consent Decree is hereby modified
4  accordingly.

5  IT IS SO ORDERED.

7  DATED: 11/13/2006

   _____
   THE HONORABLE DAVID F. LEVI
   UNITED STATES DISTRICT JUDGE

776959.2

2

[Proposed] Order Granting Trustee's Application for Phase IV IRA Work Plan