1 | DOWNEY BRAND LLP
KATHARINE E. WAGNER (Bar No. 119429)
2 | MICHAEL N. MILLS (Bar No. 191762)
AMILIA GLIKMAN (Bar No. 222782)
3 | 555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
4 | Telephone: (916) 444-1000
Facsimile: (916) 444-2100
5 |
Attorneys for Trustee
6 | MARK A. ADAMS, Court-Appointed Trustee of the
LINCOLN CENTER ENVIRONMENTAL
7 | REMEDIATION TRUST

8 |

UNITED STATES DISTRICT COURT

9 |

EASTERN DISTRICT OF CALIFORNIA

10 |

11 |

LINCOLN PROPERTIES, LTD., a | Case No. 2:91-CV-00760-RRB-GGH
12 | California Limited Partnership,

[PROPOSED] ORDER GRANTING
13 |              Plaintiff, | TRUSTEE'S APPLICATION FOR
APPROVAL OF PROPOSED PHASE V
14 |    v. | INTERIM REMEDIAL ACTION
DETAILED PLAN AND MODIFYING THE
15 | NORMAN HIGGINS, individually and | FIRST FINAL CONSENT DECREE,
doing business as LINCOLN VILLAGE | FINAL ORDER, FINAL JUDGMENT AND
16 | CLEANERS and MODERN CLEANERS, | ORDER TERMINATING PERMANENT
et al., | INJUNCTION
17 |
              Defendants.
18 |

19 | AND RELATED CROSS-ACTIONS.

20 |

21 |                          **ORDER**

22 |        The Court, having reviewed and considered the Application of MARK A. ADAMS, in his

23 | capacity as the Court-Appointed Trustee of the Lincoln Center Environmental Remediation Trust

24 | (the "Trust"), for an Order approving of the Phase V Interim Remedial Action ("Phase V IRA")

25 | Detailed Plan and modifying the Amended First Final Consent Decree, Final Order, Final

26 | Judgment and Order Terminating Permanent Injunction, filed May 6, 2001 (the "Amended First

27 | Final Consent Decree"), hereby grants the Trustee's Application.

28 |        Pursuant to Section IX.B.5. of the Amended First Final Consent Decree, the Phase V

857186.2

1

1    IRA Detailed Plan, which is attached to the Application as Exhibit "A," is hereby approved, and

2    the Amended First Final Consent Decree is hereby modified accordingly.

3         IT IS SO ORDERED.

4

5    DATED: October 31, 07

6                                    THE HONORABLE RALPH R. BEISTLINE
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

857186.2                              2

[PROPOSED] ORDER GRANTING TRUSTEE'S APP. FOR APPROVAL OF PHASE V IRA DETAILED PLAN