

**FILED**

AUG 2 6 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN PROPERTIES, LTD., a California Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> NORMAN HIGGNS, individually and doing business as LINCOLN VILLAGE CLEANERS and MODERN CLEANERS, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO. 2:91-CV-00760 JAM (GGH) <br><br> [PROPOSED] ORDER GRANTING MOTION TO APPROVE REMEDIAL ACTION PLAN ("RAP") FOR THE FINAL CLEAN UP OF CONTAMINATION AT AND EMINATING FROM LINCOLN PROPERTIES IN STOCKTON, CALIFORNIA <br><br> Date:  September 2, 2015 <br> Time:  9:30 a.m. <br> Dept.:  6 <br> Judge:  John A. Mendez |

The Lincoln Center Environmental Remediation Trust's ("LCERT's") Motion to Approve Remedial Action Plan for the Final Clean Up of Contamination at and Emanating from Lincoln Properties in Stockton, California ("Motion") was filed on June 25, 2015. No further responses were filed or presented. In reviewing the Motion, this Court finds that:

1. All prerequisites to approving LCERT's Motion have been completed, including service on all parties, American International Specialty Lines Insurance Company n/k/a Chartis Specialty Insurance Company ("AISLIC"), and on the public agencies listed in Section XI.C.3 of the Amended First Final Consent Decree, Final Order, Final Judgment, and Order Terminating

---

[PROPOSED] ORDER GRANTING MOTION TO APPROVE REMEDIAL ACTION PLAN ("RAP") FOR THE FINAL CLEAN UP OF CONTAMINATION AT AND EMINATING FROM LINCOLN PROPERTIES IN STOCKTON, CALIFORNIA

Permanent Injunction ("Consent Decree"), executed by the Honorable David F. Levi on May 15, 2001;

2. No public comments were received during the 30-day public comment period;

3. The California Regional Water Quality Control Board has approved the proposed Remedial Action Plan ("Remedial Action Plan" or "RAP");

4. There are no objections to the proposed RAP by landowner, Lincoln Properties, Ltd. ("LPL");

5. There are no objections to the proposed RAP by AISLIC; and

6. The Trustee is recommending this Court's approval of the proposed Remedial Action Plan.

Based upon the findings herewith, the Court finds the Remedial Action Plan in conformity with the Consent Decree and upon that basis hereby:

**GRANTS IN ITS ENTIRETY** LCERT's Motion; and

**HEREBY APPROVES THE REMEDIAL ACTION PLAN** filed concurrently with LCERT's Motion.

**IT IS SO ORDERED.**

August 26, 2015

_____
The Honorable John A. Mendez
United States District Court
Eastern District of California